**Charles Lowell KENTZ,
Plaintiff–Appellant,**

v.

**Earlene SMITH, Employee of Taft Correctional Institution; et al.,
Defendants–Appellees.**

No. 07–16579.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 5, 2009.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Charles Lowell Kentz, Florence, CO, pro se.

Oliver U. Robinson, Jr., Esquire, Robinson & Kellar, Bakersfield, CA, for Defendants–Appellees.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Federal prisoner Charles Lowell Kentz appeals pro se from the district court's summary judgment in favor of Earlene Smith in Kentz's action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91

S.Ct. 1999, 29 L.Ed.2d 619 (1971), alleging that Smith, a librarian at Taft Correctional Institution, discriminated against him when she declined to assign him as a law library clerk. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's grant of summary judgment, *Serrano v. Francis,* 345 F.3d 1071, 1082 (9th Cir.2003), and we affirm.

Smith presented evidence that she declined to assign Kentz as a law library clerk due to his harassing behavior toward her. The district court properly granted summary judgment because Kentz failed to produce admissible evidence creating a genuine issue of material fact as to whether Smith acted with a discriminatory intent. *See id.*

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

